IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN WILLIAMS, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| JOSEPH C. MADENSPACHER, et al., | : | NO. 17-0691 |

## ORDER

AND NOW, this _7th_____ day of August, 2017, upon careful and independent consideration of the revised Petition for Writ of Habeas Corpus (Doc. 3), the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (Doc. 6), and Petitioner's objections to the Report and Recommendation (Doc. 7), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Petition for Habeas Corpus is **DENIED WITH PREJUDICE**; and
3. There is no basis for the issuance of a certificate of appealability.

                                                      **BY THE COURT:**

                                                      **/s/ Petrese B. Tucker**
                                                      _____
                                                      **Hon. Petrese B. Tucker, U.S.D.J.**